# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CHRISTOPHER SPURLOCK,

    Plaintiff,

v.                                          CASE NO. 3:19cv3592-MCR-HTC

JAMES D. BURNHAM, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 14, 2020. ECF No. 16. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant Burnham's Motion to Dismiss, ECF No. 11, is **GRANTED**.

3. Plaintiff's claims against all Defendants are **DISMISSED WITHOUT PREJUDICE**.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 15th day of May 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**